ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022.3298
Telephone:   212.583.9600
Facsimile:    212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
BRIDGET O'HARA, Bar No. 313945
bohara@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT HASSELL, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., d/b/a UBER EATS<br><br>Defendant. | Case No. 4:20-cv-04062-PJH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER AS MODIFIED BY THE COURT**<br><br>Complaint Filed: June 18, 2020 |

Pursuant to Civil Local Rule 6-2(a), Defendant Uber Technologies, Inc. ("Defendant") and Plaintiff Kent Hassell ("Plaintiff") (collectively "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 18, 2020, Plaintiff filed his Complaint against Defendant;

WHEREAS, on June 23, 2020, Plaintiff served the Complaint on Defendant;

WHEREAS, on July 8, 2020, the Parties stipulated to a 14-day extension to Defendant's deadline to respond to Plaintiff's Complaint, resulting in a July 28, 2020 deadline;

WHEREAS, on July 27, 2020, the Parties stipulated to an additional seven (7) day extension to Defendant's responsive pleading deadline;

WHEREAS, on July 28, 2020, the Court granted the seven (7) day extension to Defendant's responsive pleading deadline pursuant to the Parties' stipulation;

WHEREAS, on August 4, 2020, Defendant filed a Motion to Dismiss and Strike Class Allegations ("Motion to Dismiss") in response to Plaintiff's Complaint;

WHEREAS, on December 7, 2020, the Court granted Defendant's Motion to Dismiss and ordered Plaintiff to file a First Amended Complaint, if any, by January 4, 2021;

WHEREAS, on January 4, 2021, Plaintiff filed a Notice of Filing of First Amended Complaint against Defendant;

WHEREAS, on January 6, 2021, at the Clerk's direction, Plaintiff re-filed his First Amended Complaint directly (and not as an exhibit to the notice);

WHEREAS, the Parties have met and conferred and have agreed to a 14-day extension of Defendant's current January 18, 2021 responsive pleading deadline to February 1, 2021;

WHEREAS, the agreed-upon extension to February 1, 2021 will not impact any other date or event in his matter.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective undersigned attorneys that the deadline for Defendant to file and serve a response to the First Amended Complaint is on or before February 1, 2021.

IT IS SO STIPULATED.

Dated: January 11, 2021

                */s/ Sophia Behnia*
                ANDREW SPURCHISE
                SOPHIA BEHNIA
                LITTLER MENDELSON, P.C.
                Attorneys for Defendant
                UBER TECHONOLOGIES, INC.

Dated: January 11, 2021

                */s/ Shannon Liss-Riordan*
                SHANNON LISS-RIORDAN
                ANNE KRAMER
                LICHTEN & LISS-RIORDAN, P.C.
                Attorneys for Plaintiff
                KENT HASSELL

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 11, 2021

                */s/ Sophia Behnia*
                ANDREW SPURCHISE
                SOPHIA BEHNIA
                Littler Mendelson, P.C.
                Attorneys for Defendant
                UBER TECHONOLOGIES, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT SO ORDERED. The Court continues the pending case management conference to April 15, 2021.

DATED: January 13, 2021

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

4844-2025-1862.4 073208.2022