Case 4:20-cv-04062-PJH   Document 37-2   Filed 02/01/21   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENT HASSELL, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., d/b/a UBER EATS,<br><br>Defendants. | Case No. 4:20-cv-04062-PJH<br><br>**(PROPOSED) ORDER GRANTNG DEFENDANT'S MOTION TO DISMISS AND STRIKE PLAINTIFF'S CLASS ALLEGATIONS FROM FIRST AMENDED COMPLAINT**<br><br>Date:　March 11, 2021<br>Time:　1:30 p.m.<br>Ctrm.:　3, 3rd Floor |

LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED ORDER GRANTING DEFT'S
MOTION TO DISMISS FAC AND STRIKE
CLASS ALLEGATIONS

CASE NO. 4:20-CV-04062-PJH

On March 11, 2021 at 1:30 p.m., the Motion to Dismiss and Strike Plaintiff's Class Allegations from the First Amended Complaint of Defendant Uber Technologies, Inc., d/b/a "Uber Eats" came on regularly for hearing before this Court. Counsel of record represented each party.

The Court, having read and considered all of the supporting and opposing papers filed by Uber and Plaintiff Kent Hassell, and after full consideration of the parties' arguments, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss and Strike Plaintiff's Class Allegations from the First Amended Complaint is GRANTED in its entirety.

IT IS FURTHER ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Hon. Phyllis J. Hamilton
United States District Judge

4819-6935-0106.1 073208.2022

LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED ORDER GRANTING DEFT'S MOTION TO DISMISS FAC AND STRIKE CLASS ALLEGATIONS

1.

CASE NO. 4:20-CV-04062-PJH