# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** May 6, 2021 (Time: 1 hour, 25 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 20-cv-04062-PJH
**Case Name:** Hassell v. Uber Technologies, Inc.

**Attorney(s) for Plaintiff:**     Shannon Liss-Riordan
**Attorney(s) for Defendant:**     Andrew Spurchise

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Defendant's Motion to Dismiss and Strike Class Allegations from First Amended Complaint-Held via Zoom Webinar. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc:** chambers