SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiff Kent Hassell,*
*on behalf of himself and all others similarly situated.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT HASSELL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., d/b/a UBER EATS,<br><br>            Defendant. | Case No. 4:20-cv-04062-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 18, 2020<br>Trial Date:        None Set |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kent Hassell and Defendant Uber Technologies Inc. hereby stipulate and agree to dismiss all claims asserted in the action by Plaintiff Hassell with prejudice, with each party to bear its own costs.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:    December 15, 2022 | LICHTEN & LISS-RIORDAN, P.C. |
|  | /s/ Shannon Liss-Riordan |
|  | Shannon Liss-Riordan |
|  | *Attorney for Plaintiff KENT HASSELL, on behalf of himself and all others similarly situated.* |
| Dated:    December 15, 2022 | LITTLER MENDELSON, P.C. |
|  | /s/ Andrew Spurchise |
|  | Andrew Spurchise |
|  | *Attorney for Defendant Uber Technologies, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 December 15 , 2023

Hon. Phyllis J. Hamilton
U.S. District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*